UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STARR GREEN,**

        **Plaintiff,**

v.                                                    Case No: 8:20-cv-538-MSS-CPT

**JEFFRY KNIGHT, INC.** and
**JEFFRY KNIGHT,**

        **Defendants.**

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon review of the Parties' Joint Stipulation of Voluntary Dismissal, (Dkt. 56), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of September 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party